UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMA SHARI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN RUSSELL,<br><br>　　　　　Defendant. | Case No. 24-cv-08595-SI<br><br>**ORDER GRANTING PLAINTIFF EXTENSION OF TIME UNTIL APRIL 18, 2025 TO SERVE DEFENDANT**<br><br>Re: Dkt. No. 11 |

On March 28, 2025, self-represented plaintiff Homa Shari filed a request for an extension of the deadline to serve defendant Susan Russell with the complaint and summons. Shari states that despite several attempts to serve Russell, those efforts have thus far been unsuccessful.

The Court GRANTS Shari's request and orders as follows: the new deadline for service of the complaint and summons is **April 18, 2025.** The Court informs Shari that the Pro Se Helpdesk, which can be reached at (415) 782-8982 or fedpro@sfbar.org, can provide information about how to serve a defendant.

**IT IS SO ORDERED**.

Dated: March 31, 2025

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge