UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMA SHARI,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN RUSSELL,<br><br>    Defendant. | Case No. 24-cv-08595-SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION** |

On November 29, 2024, self-represented plaintiff Homa Shari filed this lawsuit against defendant Susan Russell. Shari and Russell are neighbors, and Shari claims that Russell has been harassing her in various ways. Russell has not yet been served with the complaint and summons. The Court has granted Shari several extensions of the deadline to serve Russell, but Shari states that she has been unable to do so because Russell has been "hacking" her phone. Dkt. No. 13.

The Court has the independent obligation to ensure that it has jurisdiction over this lawsuit. *See Henderson ex rel. Henderson v. Shinseki*, 562 U.S. 428, 434 (2011). The Court has reviewed the complaint and concludes that it does not demonstrate a basis for federal jurisdiction. Shari claims that Russell is sexually harassing her, that Russell has hacked her phone, and that Russell uses "special skills" that were used in the Vietnam War to harm and brainwash people. *See generally* Compl. (Dkt. No. 1). The complaint alleges one cause of action for "severe sexual harassment," but does not allege any violations of any federal laws, as is necessary for federal question jurisdiction. *See* 28 U.S.C. § 1331. In addition, there is no diversity jurisdiction because Shari and Russell are both citizens of California. *See* 28 U.S.C. § 1332.

**Accordingly, Shari is directed to show cause in writing no later than April 25, 2025, why this lawsuit should not be dismissed for lack of jurisdiction.** If Shari believes that she can bring a claim under a federal statute, Shari should identify what federal law applies and explain how

Russell has violated that federal law, and the Court will evaluate Shari's response to determine whether Shari should be permitted to file an amended complaint. If Shari fails to file a response to this order, the Court will dismiss this case.

**IT IS SO ORDERED**.

Dated: April 17, 2025

_____
SUSAN ILLSTON
United States District Judge