UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMA SHARI,<br><br>   Plaintiff,<br><br>   v.<br><br>SUSAN RUSSELL,<br><br>   Defendant. | Case No. 24-cv-08595-SI<br><br>**ORDER DISMISSING CASE FOR LACK OF JURISDICTION** |

On April 17, 2025, the Court issued an Order directing plaintiff Homa Shari to show cause in writing no later than April 25, 2025, why this case should not be dismissed for lack of jurisdiction. Dkt. No. 14. Shari has not filed a response, and for the reasons stated in the April 17, 2025 order, the Court concludes that this Court lacks jurisdiction over this case. Accordingly, the Court DISMISSES this case.

**IT IS SO ORDERED**.

Dated: May 13, 2025

SUSAN ILLSTON
United States District Judge