UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMA SHARI,<br>            Plaintiff,<br>   v.<br>SUSAN RUSSELL,<br>            Defendant. | Case No. 24-cv-08595-SI<br><br>**JUDGMENT** |

The Court has dismissed this case for lack of jurisdiction.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 13, 2025

_____
SUSAN ILLSTON
United States District Judge